```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      25cr 336 (DLC)
                                          :
           -v-                            :      ORDER
                                          :
ELIAS SAMUEL PACHECO-LEON,                :
                                          :
                     Defendant.           :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **July 29, 2025 at 9:30 AM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         July 29, 2025

                                    _____
                                             DENISE COTE
                                    United States District Judge