```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    25cr336(DLC)
                                         :
            -v-                          :    REQUEST
                                         :
ELIAS PACHECO-LEON,                      :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Upon the application of the defendant, the Court hereby RECOMMENDS that the Bureau of Prisons designate the defendant to a facility as close to the New York City area as possible.

SO ORDERED:

Dated:   New York, New York
         November 6, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge