UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIAS SAMUEL PACHECO-LEON,<br><br>Defendant. | 25 Cr. 336 (DLC) |

WHEREAS, an application has been made by the United States of America and the defendant for the limited sealing of the transcript of the defendant's October 30, 2025 sentencing in this case (the "Transcript");

WHEREAS, the Court finds that active law enforcement investigations may be compromised if the sealing application is not granted;

WHEREAS, counsel for the defendant and the Government conferred to identify limited portions of the Transcript to be sealed;

IT IS HEREBY ORDERED that the portions of the Transcript identified by counsel shall be sealed.

SO ORDERED:

Dated:    New York, New York
~~November    , 2025~~

December 1, 2025

_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK